| | |
|---|---|
| 1 | JULIA JAYNE (State Bar No. 202753) |
| 2 | Email: *julia@jaynelawgroup.com*<br>JAYNE LAW GROUP, P.C. |
| 3 | 803 Hearst Ave.<br>Berkeley, CA 94710 |
| 4 | Telephone: (415) 623-3600<br>Facsimile: (415) 623-3605 |
| 5 | Attorney for Defendant |
| 6 | BALMORE HERNANDEZ |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALMORE HERNANDEZ,<br><br>Defendant. | Case No. CR 20-00353-WHO<br><br>**STIPULATION AND [PROPOSED]ORDER CONTINUING STATUS HEARING RE SENTENCING** |

On September 16, 2020, the defendant was charged by Information with one count of Conspiracy to Commit Honest Services Wire Fraud, in violation of Title 18, United States Code, Sections 1343, 1346 and 1349. On October 8, 2020, the defendant pleaded guilty pursuant to a cooperation plea agreement. His cooperation is ongoing.

As part of the plea agreement, the defendant agreed to request continuances of his sentencing date, as necessary, until his cooperation is completed. A status hearing on the defendant's sentencing is currently set for January 12, 2023. Because defendant's cooperation is still pending, the parties respectfully request to continue the current status hearing to April 6, 2023 at 1:30 PM.

SO STIPULATED.

STIP AND [PROPOSED] ORDER, CASE NO. CR 20-00353 WHO

DATED: January 9, 2023

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
DAVID WARD
Assistant United States Attorney

DATED: January 9, 2023

_____/s/_____
JULIA JAYNE
JAYNE LAW GROUP, P.C.
Counsel for Defendant

## [PROPOSED] ORDER

Pursuant to stipulation, the status hearing regarding sentencing currently set for January 12, 2023 in the above-captioned matter will be continued to April 6, 2023 at 1:30 PM.

SO ORDERED.

DATED: _____   _____

HON. WILLIAM H. ORRICK
United States District Court Judge