STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7230
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00353 WHO |
| Plaintiff, | MOTION TO UNSEAL |
| v. | |
| BALMORE HERNANDEZ, | |
| Defendant. | |

On October 8, 2020, defendant Balmore HERNANDEZ pled guilty before the Court to one count of Conspiracy to Commit Honest Services Wire Fraud in violation of 18 U.S.C. § 1349. *Dkt 32*. At the request of the government, Exhibit A of the Plea Agreement, containing the factual basis for the plea, was filed under seal because of the government's then-ongoing investigation of the facts underlying defendant HERNANDEZ's conduct.

//

//

//

MOTION TO UNSEAL/PROPOSED ORDER  1
CR 20-00353 WHO

1   There is no longer an investigative need by the government to keep defendant HERNANDEZ's factual admissions in Exhibit A under seal. Therefore, the government respectfully requests that this Court order that Exhibit A to defendant HERNANDEZ's plea agreement be unsealed.

//

                                             STEPHANIE M. HINDS
                                             Attorney for the United States

Dated: May 4, 2023                       */s/ David J. Ward*
                                             DAVID J. WARD
                                             Assistant United States Attorney

For good cause shown, it is **SO ORDERED**.

Dated: May 23, 2023

                                             HONORABLE WILLIAM H. ORRICK
                                             United States District Court Judge